1    KAREN P. HEWITT
United States Attorney
2    WILLIAM A. HALL, JR.
Assistant U.S. Attorney
3    California State Bar No. 253403
United States Attorney's Office
4    880 Front Street, Room 6293
San Diego, California 92101-8893
5    Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov
6
Attorneys for Plaintiff
7    United States of America

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,      )    Criminal Case No. 08CR0269-JLS
                                )
11                   Plaintiff,     )
                                )    NOTICE OF APPEARANCE
12            v.               )
                                )
13    EDUARDO RUIZ-DIAZ (1),        )
   ROSALIO ZITLALPOPOCATL-AGUILA (2), )
14    FRANCISCO REYES-ROSALES (3),    )
                                )
15               Defendant(s).    )
                                )
16                                 )
   _____ )
17

18    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

20       I certify that I am admitted to practice in this court or authorized to practice under CivLR

21    83.3.c.3-4.

22       The following government attorneys (who are admitted to practice in this court or authorized

23    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

24    counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

25    activity in this case:

26       Name (If none, enter "None" below)

27       None

28

1

2      Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

3   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

4   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

5   association):

6      <u>Name</u> (If none, enter "None" below)

7      None

8

9      Please call me if you have any questions about this notice.

10     DATED: March 5, 2008.

11                                             Respectfully submitted,

12                                             KAREN P. HEWITT
                                              United States Attorney
13

14                                             s/ William A. Hall, Jr.
                                              WILLIAM A. HALL, JR.
15                                             Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff

     v.

EDUARDO RUIZ-DIAZ (1),
ROSALIO ZITLALPOPOCATL-AGUILA (2),
FRANCISCO REYES-ROSALES (3),

     Defendant(s).

Case No. 08CR0269-JLS

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, WILLIAM A. HALL, JR., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Anthony E. Columbo, Esq.
2. Richard J. Boesen, Esq.
3. Candis L. Mitchell, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2008.

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.