## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Richard J Boesen**
   richieb00@yahoo.com

**Anthony Edward Colombo , Jr**
   anthonycolombolegal@yahoo.com,nrodoffice@yahoo.com

**Alan E Ferguson**
   aefergie@bigfoot.com

**William A Hall , Jr**
   William.A.Hall@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov

**Candis Lea Mitchell**
   Candis_Mitchell@fd.org,Diana_Sarmiento@fd.org


Dated: May 6, 2008                                        *s/ Anthony E. Colombo Jr.*
                                                          ANTHONY E. COLOMBO JR.

                                                          Law Offices of Anthony E. Colombo Jr.
                                                          105 West F Street, Third Floor
                                                          San Diego, California 92101-6036
                                                          (619) 236-1704 (tel)
                                                          (619) 236-1852 (fax)
                                                          email: anthonycolombolegal@yahoo.com